■ EDITH KIEWE et al., Respondents, v. SHIPMATES SPORTSWEAR, INC., Appellant.— Motion by appellant for a stay of all proceedings, pending appeal, granted, on condition that appellant perfect the appeal and be ready to argue or submit it at the April Term, beginning March 27, 1961; appeal ordered on the calendar for said term. The record and appellant's brief must be served and filed on or before March 15, 1961. Nolan, P. J., Ughetta, Kleinfeld, Christ and Pette, JJ., concur.

■ ORLANDO PORRETTO et al., Copartners Doing Business as B & J CONTRACTING CO., Respondents, v. BETH JEHUDAH OTZAR HALOCHO et al., Defendants, and BETH JEHUDAH OTZAR HALOCHO, Appellant.— Motion by appellant to stay respondents from withdrawing moneys on deposit to the credit of this action, pending appeal, granted on condition that the appeal be perfected and that appellant be ready to argue or submit it at the April Term, commencing March 27, 1961; appeal ordered on calendar for said term. Motion by appellant to dispense with printing granted. The appeal will be heard on the original papers before the Appellate Term and on the original subsequent papers, and on appellant's typewritten brief which shall contain a copy of any opinion rendered by the Appellate Term. Appellant shall file the record and six copies of its typewritten brief and shall serve one copy of its brief, on or before March 20, 1961. Nolan, P. J., Beldock, Ughetta, Kleinfeld and Brennan, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOSEPH GALLO, Appellant.— Motion by appellant to enlarge time granted. Appellant's time to perfect his appeal is enlarged to the May Term, commencing April 24, 1961. Nolan, P. J., Ughetta, Christ, Pette and Brennan, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. PATRICK GUARIGLIA, Appellant.— Motion by appellant to enlarge his time to perfect his appeal granted; time enlarged to the April Term, beginning March 27, 1961; appeal ordered on the calendar for said term. Nolan, P. J., Ughetta, Christ, Pette and Brennan, JJ., concur.

■ (A) THE PEOPLE OF THE STATE OF NEW YORK ex rel. WOODROW GREENE, Relator, v. WARDEN OF RAYMOND STREET JAIL, BROOKLYN, Respondent. (B) THE PEOPLE OF THE STATE OF NEW YORK ex rel. DOSSI WALLS, Relator, v. WARDEN OF RAYMOND STREET JAIL, BROOKLYN, Respondent.— [In each proceeding.] In a habeas corpus proceeding, after a hearing, the writ is dismissed and relator is remanded to the custody of respondent. Nolan, P. J., Beldock, Ughetta, Kleinfeld and Brennan, JJ., concur.

## (March 6, 1961)

■ ARDISCO, LTD., Appellant, v. TACONIC HOLDING CORP. et al., Defendants, and VINCENT E. GROHMANN et al., Respondents.— Motion by respondents to dismiss appeal from order entered November 29, 1960, denying plaintiff-appellant's motion for a new trial, denied, on condition that appellant perfect its appeal from said order and its pending appeal from the judgment thereafter entered on February 2, 1961, and be ready to argue both appeals at the May Term, commencing April 24, 1961; appeals ordered on the calendar for said term. Both appeals are directed to be heard together on one record. The record and appellant's brief must be served and filed on or before April 3, 1961. Nolan, P. J., Ughetta, Christ, Pette and Brennan, JJ., concur.